**LAW OFFICES OF JASON J. REBHUN, P.C.**
Attorneys-At-Law
225 Broadway, 38th Floor
New York, NY 10007
(646) 201-9392                                                                      Jason J. Rebhun, Esq.*
Fax (646) 871-0035                                                                         *Admitted in NY & NJ
Jason@jasonrebhun.com                                                              Amanda J. Ross, Esq.

February 1, 2016

VIA E.C.F.
**JUDGE NINA GERSHON**
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Huebner v. Lapin
        Civil Action No.: CV 16-316 (NG)(SMG)

Honorable Judge:

    This firm represents the Defendant, Douglas Lapin, herein.

    The purpose of this letter is, pursuant to Your Honor's rules, to request a pre-motion conference. This matter was removed from state court (Supreme Court of Kings County) on January 21, 2016. The following day, we mailed a "Rule 11" letter to Mr. Levi Huebner, Plaintiff's counsel. Our letter to Mr. Huebner provides for a "deadline" of February 19, 2016 to withdraw the action.

    Defendant respectfully seeks a pre-motion conference prior to his moving to dismiss on jurisdictional (service) grounds and because the parties signed a binding arbitration agreement in Rabbinical Court which ruled that Defendant was not obligated to pay Mr. Huebner on the Note which forms the basis of the action.

    In the interest of optimism and that Plaintiff will withdraw the case prior to February 19, 2016, we respectfully request that the Court schedule a pre-motion conference for a date after that date.

    We thank the Court for its anticipated courtesies in this matter.

        Respectfully Submitted,

        *Jason J. Rebhun*

JJR/
CC:    Levi Huebner, Esq.
        535 Dean Street, Suite 100
        Brooklyn, NY 11217
        newyorklawyer@msn.com