**LAW OFFICES OF JASON J. REBHUN, P.C.**
Attorneys-At-Law
225 Broadway, 38th Floor
New York, NY 10007
(646) 201-9392　　　　　　　　　　　　　　　　　　　　　　　Jason J. Rebhun, Esq.*
Fax (646) 871-0035　　　　　　　　　　　　　　　　　　　　　　　*Admitted in NY & NJ
Jason@jasonrebhun.com　　　　　　　　　　　　　　　　　　　　Amanda J. Ross, Esq.

February 26, 2016

VIA FAX: 718-624-2978
Ms. Diana Kearse, Esq.
State of New York Grievance Committee for the Second, Eleventh and Thirteenth Judicial Districts
Renaissance Plaza
335 Adams Street, Suite 2400
Brooklyn, NY 11201-3745

　　　　　　　　Re: File Number: K-953-12　~ Mr. Levi Huebner, a/k/a Paul Huebner, Esq.

Dear Ms. Kearse:

　　　　As you know, this firm has been retained by Douglas Lapin.

　　　　Mr. Huebner filed a letter motion to quash Mr. Lapin's subpoena which you indicated was being turned over to the Office of Court Administration for response.

　　　　Today, the parties participated in a conference call with Magistrate Judge Gold regarding Mr. Huebner's motion.

　　　　<u>Magistrate Judge Gold quashed Mr. Lapin's subpoena without prejudice and we accordingly notify you so that you may notify the Office of Court Administration that no response is needed</u>. Pursuant to Magistrate Judge Gold's directive, this letter is concomitantly being filed electronically on E.C.F.

　　　　If you have any questions, please do not hesitate to contact me.

　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　*Jason J. Rebhun*

JJR/
CC:　　BY E.C.F.
　　　　Mr. Levi Huebner
　　　　Levi Huebner & Associates, P.C.
　　　　535 Dean Street, Suite 100
　　　　Brooklyn, NY 11217