# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | February 26, 2016 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-16-316 (NG) |
| **NAME OF CASE(S):** | HUEBNER V. LAPIN |
| **FOR PLAINTIFF(S):** | Huebner |
| **FOR DEFENDANT(S):** | Rebhun |
| **NEXT CONFERENCE(S):** | **(See Rulings Below)** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

Motion to quash granted to the extend indicated in the Order entered by the Court today.