**LAW OFFICES OF JASON J. REBHUN, P.C.**
Attorneys-At-Law
225 Broadway, 38th Floor
New York, NY 10007
(646) 201-9392
Fax (646) 871-0035
Jason@jasonrebhun.com

Jason J. Rebhun, Esq.*
*Admitted in NY & NJ
Amanda J. Ross, Esq.

March 29, 2016

VIA E.C.F.
**JUDGE NINA GERSHON**
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Huebner v. Lapin
Civil Action No.: CV 16-316 (NG)(SMG)

Honorable Judge:

This firm represents the Defendant, Douglas Lapin, herein.

In furtherance of Your Honor's March 24, 2016 Order, Defendant agrees to remand the matter to New York State court and hereby respectfully discontinues this matter in this Court. Accordingly, the conference before Your Honor currently scheduled for tomorrow, March 30, 2016, is now moot.

We thank the Court for its anticipated courtesies in this matter.

Respectfully Submitted,

*Jason J. Rebhun*

JJR/
CC:   Levi Huebner, Esq.
      newyorklawyer@msn.com